GELTRUDO MALANGONE, Respondent, v. ALFONSO MALANGONE and TURIVIA MALANGONE, Appellants.— Judgment modified by allowing defendants forty-five dollars for fence not erected, and which came under the original estimate, and also the sum of fourteen dollars and twenty-five cents, which amount is in excess of the cost of installing the partition on the first floor, for which an award of sixty-five dollars was made by the referee, and as so modified unanimously affirmed, without costs. Finding of fact numbered " Twelfth " and conclusions of law will be reversed to

conform to the amount of recovery herein directed. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ. Settle order on notice.